# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BRITTANY WINN**                                                           **PLAINTIFF**

**v.**                             **CASE NO. 3:21-CV-00515-CWR-FKB**

**MANAGEMENT & TRAINING CORPORATION**                                 **DEFENDANT**

## NOTICE OF APPEARANCE

The undersigned attorney gives notice that he is entering an appearance as co-counsel and counsel to be noticed on behalf of Plaintiff Brittany Winn in this matter.

Respectfully submitted on September 3, 2021,

                                                   */s/ Jay Kucia*
                                                   Jay Kucia (MSB No. 106123)
                                                   JOEL F. DILLARD, P.A.
                                                   775 North Congress Street
                                                   Jackson, Mississippi 39202
                                                   (601) 509-1372, ext. 1
                                                   jay@joeldillard.com